

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-24-00118-CV

————————————————

TELSMITH, INC., Appellant

V.

37 BUILDING PRODUCTS, LTD., Appellee

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. C2019019

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

The parties have filed a joint motion indicating that they have settled their case and asking this court to dispose of this appeal under Texas Rule of Appellate Procedure 42.1(a)(2)(B). We grant the motion and—as the parties request—we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

Per Curiam

Delivered: September 26, 2024